HATTIE SHAVERS, as Administratrix of the Estate of WILSON W. SHAVERS, Deceased, v. MISSIONARY SISTERS OF THE SACRED HEART, Conducting THE MOTHER CABRINI HOSPITAL, et al.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorneys for respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

MIGUEL ACEVEDO, an Infant, by ISABELO ACEVEDO, His Guardian ad Litem, et al., v. CITY OF NEW YORK.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of plaintiffs-respondents' Exhibits "2", "3", "4", "5" and defendant-appellant's Exhibit "A" on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN ROSS.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, but upon printed appellant's points, on condition that the appellant procures the original record, and printed appellant's points to be filed with this court on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

RICHARD J. O'CONNELL, JR., et al. v. PIERTON REALTY, INC.— Motion to dismiss appeal from order entered on November 23, 1960 granted. In all other respects, the motion is denied. Motion for consolidation denied, the appeal from the order entered on November 23, 1960, having been dismissed by the order entered herein. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY GERSTENFELD. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ARNOLD LEHRMAN. (C) THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT ELY.— [In each action] Enlargement of time granted. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.